**FREEMAN MATHIS & GARY, LLP**
Rachel E. Hobbs (SBN 186424)
Rachel.Hobbs@fmglaw.com
Roberto F. Kampfner (SBN 365532)
Roberto.Kampfner@fmglaw.com
550 South Hope Street, 22nd Floor
Los Angeles, California 90071
T: (213) 615-7000 | F: (833) 264-2083

*Attorneys for Plaintiff*
ALLSTATE NORTHBROOK INDEMNITY COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

ALLSTATE NORTHBROOK INDEMNITY COMPANY,
Plaintiff,

v.

BERTRAND MORGAN

Defendant.

Case No. 1:26-cv-05802-KES-CDB

**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF'S RENEWED MOTION TO SERVE BY PUBLICATION AS MODIFIED**

(Doc. 8)

Pending before the Court is the Renewed Motion for Service by Publication brought by Plaintiff ALLSTATE NORTHBROOK INDEMNITY COMPANY. (Doc. 8). The Court finds that the Renewed Motion cures the deficiencies the Court noted in its order denying Plaintiff's earlier motion for the same relief (*see* Doc. 7). Accordingly, for the reasons set forth in that order, and good cause appearing,

It is HEREBY ORDERED that:

1. Plaintiff's Renewed Motion for Service by Publication (Doc. 8) is GRANTED.

2. Plaintiff is authorized to serve Defendant BERTRAND MORGAN by publication of the Summons in a newspaper of general circulation most likely to give

actual notice to Defendant in the area of Defendant's last known residence, including The Bakersfield Californian or the Mojave Desert News.

3. Service shall be deemed complete on the twenty-eighth (28th) day following the first day of publication.

4. Within **seven (7) days of** completion of publication, Plaintiff shall file proof of publication together with a declaration establishing compliance with this Order and California Code of Civil Procedure section 415.50.

IT IS SO ORDERED.

Dated: **November 5, 2026**

UNITED STATES MAGISTRATE JUDGE

FREEMAN MATHIS & GARY, LLP
550 South Hope Street, 22nd Floor
Los Angeles, California 90071